# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3346EA

_____

Ollie R. Humphrey,                            *
                                              *
            Appellant,                        *
                                              *   On Appeal from the United
      v.                                      *   States District Court
                                              *   for the Eastern District
                                              *   of Arkansas.
                                              *
Arkansas Forestry Commission; Do     n        *
McBride, District Forester; and               *   [Not To Be Published]
John Shannon, State Forester,                 *
                                              *
            Appellees.                        *

_____

Submitted: April 10, 2000
Filed: April 20, 2000

_____

Before RICHARD S. ARNOLD, BEAM, and MORRIS SHEPPARD ARNOLD,
      Circuit Judges.

_____

PER CURIAM.

      This is an employment-discrimination case. The plaintiff, Ollie R. Humphrey, alleges that her former employer, the Arkansas Forestry Commission, violated Title VII of the Civil Rights Act of 1964 by discharging her on account of her race and in

retaliation for protected activity on her part. The District Court[1] granted the defendants' motion for summary judgment, and we affirm.

The facts and law are fully stated in the well reasoned opinion of the District Court. Defendant asserted that the plaintiff was discharged because she was not performing satisfactorily. The evidence offered by the plaintiff to show pretext was not, in our opinion, sufficient to create a genuine issue of material fact on this point. Accordingly, we affirm without further discussion.

Affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Hon. Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.